MASTRA HOLDING CORPORATION, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ABRAHAM MENDELSOHN, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARY MILLER, Appellant, v. SUTHERLAND MILLER, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel and Taylor, JJ.; Carswell, J., not voting.

OLIN R. MOYLE, Respondent, Appellant, v. JOSEPH F. RUTHERFORD and Others, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CHARLES REICHMAN, Appellant, v. BROOKLYN TRUCK RENTING CORPORATION and Others, Respondents.— Motion to resettle order denied, without costs. There is no need to resettle the order. The affirmance of the judgment as modified, with costs [263 App. Div. 1014, 1015], means with costs to the appellant, the prevailing party. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

IRMA ROSEN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, and SAMUEL ROSEN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 1015.] The following question is certified: Upon the facts presented in this record was the order properly made? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

IRMA ROSEN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Respondent, and SAMUEL ROSEN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 1015.] The following question is certified: Upon the facts presented in this record was the order properly made? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Certificate Holders of Guarantee No. 22053 of LAWYERS MORTGAGE COMPANY, ETC., Respondent, v. HELENE EISENBACH, Defendant, and FLORA EISENBACH, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CHARLES BOOROJIAN, Respondent, v. BERNARD RHODES, Doing Business as TWENTIETH CENTURY DAIRY, and FALCON PACKING Co., INC., Appellants.— Defendants appeal from an order of the County Court of Nassau County affirming a judgment of the City Court of Long Beach in favor of plaintiff. Order of the County Court reversed on the facts, judgment of the City Court of Long Beach vacated and a new trial ordered, with costs in all courts to appellants to abide the event, upon the ground that the verdict is against the weight of evidence. Lazansky, P. J., Carswell, Adel, Taylor, and Close, JJ., concur.